**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAMAR ADVERTISING OF
MICHIGAN, INC.,

      Plaintiff,                      Case No. 09-14218
v.                                      Honorable Denise Page Hood

**CITY OF UTICA,**

      Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 31, 2011, this cause of action is **DISMISSED**.

Dated at Detroit, Michigan this 31st day of March, 2011.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/LaShawn R. Saulsberry
APPROVED:                                           Deputy Clerk


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

**Dated: March 31, 2011**